# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>PETER MANGANO, )<br>)<br>**DEFENDANT** ) | CRIMINAL NO. 2:07-CR-75-DBH |

## ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The motion for early termination of supervised release is **DENIED WITHOUT PREJUDICE** to its renewal when the defendant successfully has served a greater proportion of his term of supervised release.

**SO ORDERED.**

**DATED THIS 14TH DAY OF MAY, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**